1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10   HARVEY CLEM MADDUX,

CASE NO. C14-5225 RBL-JRC

11                    Plaintiff,

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION

12        v.

13   STEVE MANSFIELD, STEVEN D
WALTON, GENE O SEIBER, STACY A
14   BROWN, KEVIN HANSON, JIM PEA,
CHRIS TAWES, STEVE CLEAR, JULIE
15   FRASE, TREVOR SMITH, JOYCE
MCCOY, JACK HASKINS, KEVIN
16   SHULTZ,

17                    Defendants.

18        The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

19   Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local

20   Magistrate Judge Rules MJR1, MJR3 and MJR4.

21        Plaintiff asks the Court to reconsider an order denying a motion to amend the complaint

22   and a motion to supplement his motion (Dkt. 36 and 37).  The Court has reviewed the November

23   19, 2014 order denying plaintiff's motions and finds no error in its prior ruling.

24

Motions for reconsideration are disfavored and must be filed within fourteen days of the order. Local Rule 7(h) states in part:

> (1) *Standard.* Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Plaintiff fails to show any error in the Court's prior order.  Plaintiff did not comply with this Court's Local Civil Rules regarding amendment of the pleadings.  Further, plaintiff waited until discovery was effectively closed prior to filing his motions.

Additional review of the record shows that plaintiff amended, supplemented, or modified his complaint at the beginning of this action and he fails to show good cause for any further amendment (Dkt. 7 (praecipe to original complaint)); (Dkt. 9, (motion to amend relief section of the complaint)).  In October of 2014, plaintiff filed his latest motion to amend his complaint and a motion to supplement his motion (Dkt. 36, and 37).  The Clerk's office noted plaintiff's motions for November 18, 2014, which is only three days before the discovery cutoff in this action (Dkt. 26 (scheduling order)).  The Court considered the motions and denied them because of plaintiff's failure to comply with Local Rules and because of the timing of the motion.

Plaintiff fails to show error in the ruling denying his motion to amend the complaint.  The Court denies the motion for reconsideration (Dkt. 41).

Dated this 5th day of December, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION FOR
RECONSIDERATION - 2