1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
9               AT TACOMA

10 | HARVEY CLEM MADDUX,
11 |              Plaintiff,                 CASE NO. C14-5225 RBL-JRC
12 |      v.                                 REPORT AND RECOMMENDATION
                                             NOTED FOR:
13 | STEVE MANSFIELD, STEVEN D
   | WALTON, GENE O SEIBER, STACY            FEBRUARY 20, 2015
14 | A BROWN, KEVIN HANSON, JIM
   | PEA, CHRIS TAWES, STEVE CLEAR,
15 | JULIE FRASE, TREVOR SMITH,
   | JOYCE MCCOY, JACK HASKINS,
16 | KEVIN SHULTZ,
17 |              Defendants.

18    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States
19 Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local
20 Magistrate Judge Rules MJR1, MJR3 and MJR4.
21    Currently before the Court is plaintiff's motion/notice indicating that he has signed a
22 release and settlement agreement, he considers this action over, and he will not be filing any
23
24

REPORT AND RECOMMENDATION - 1

opposition to a currently pending motion for summary judgment that is noted to be heard January 23, 2015(Dkt. 51). Plaintiff did not note his motion/notice for consideration.

Based on the plaintiff's notification to the Court that this action has settled, the Court recommends striking defendants' motion for summary judgment (Dkt. 46), and closing the file. If defendants contest plaintiff's assertion that the action has settled, they may file objections to this Report and Recommendation.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on February 20, 2015, as noted in the caption.

Dated this 21st day of January, 2015.

J. Richard Creatura
United States Magistrate Judge