UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARVEY CLEM MADDUX,<br><br>                Plaintiff,<br><br>    v.<br><br>STEVE MANSFIELD, STEVEN D WALTON, GENE O SEIBER, STACY A BROWN, KEVIN HANSON, JIM PEA, CHRIS TAWES, STEVE CLEAR, JULIE FRASE, TREVOR SMITH, JOYCE MCCOY, JACK HASKINS, KEVIN SHULTZ,        Defendants. | CASE NO. C14-5225 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court dismisses this action based on plaintiff's notice that the action has settled. The action is dismissed with prejudice and with each party paying their own costs.

DATED this 20th day of February, 2015.

                                                              *Ronald B. Leighton*
                                                              RONALD B. LEIGHTON
                                                              UNITED STATES DISTRICT JUDGE

ORDER - 1